IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LAKISHA D. HEATLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-137 |
| | ) | |
| DOCTORS HOSPITAL OF AUGUSTA and HCA HEALTHCARE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiff filed the above-captioned case on August 20, 2024. (Doc. no. 1.) Because she is proceeding *pro se*, on August 21, 2024, the Court provided her with basic instructions regarding the development and progression of this case. (Doc. no. 3.) The Court explained Plaintiff is responsible for serving Defendants in accordance with Federal Rule of Civil Procedure 4 and directed the Clerk of Court to attach a copy of Rule 4 to the August 21st Order so that Plaintiff could determine the appropriate method of service for Defendants. (Id. at 1.) The Court specifically informed Plaintiff of the ninety-day deadline for service under Fed. R. Civ. P. 4(m) and explained that failure to accomplish service could result in dismissal of individual defendants or the entire case. (Id.) When the ninety days for effecting service under Fed. R. Civ. P. 4(m) expired and there was no evidence either Defendant had been served, the Court entered an Order on November 20, 2024, directing Plaintiff to show cause why this case should not be dismissed without prejudice for failure to

timely effect service.  (Doc. no. 4.)

Plaintiff's response to the Court's November 20th Order explains she has been trying to hire counsel to take on her case without success because the lawyers she has contacted "are on other cases and [are] unable to take [hers]." (Doc. no. 5.)  Plaintiff further justifies her delay by stating that she has been occupied with addressing property damage to her house and vehicle following Hurricane Helene.  (Id.)  Accordingly, she requests an extension of time to serve Defendants.  (Id.)

Upon consideration, Plaintiff shall have through and including March 5, 2025, to provide proof of service under Fed. R. Civ. P. 4(l).  The Court cautions Plaintiff regardless of whether she secures legal representation, she is responsible for properly serving Defendants in accordance with Federal Rule of Civil Procedure 4 and the deadlines established by this Order.  Failure to effect service by March 5, 2025 will result in dismissal of any unserved Defendant, and if no Defendant has been served, dismissal of the entire case.

SO ORDERED this 5th day of December, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA