IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LAKISHA D. HEATLEY )
)
    Plaintiff, )
)
v. ) CV 124-137
)
DOCTORS HOSPITAL OF AUGUSTA and )
HCA HEALTHCARE, INC., )
)
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS IN PART** Defendants' Motion for Sanctions for Failure to Attend Deposition, and **AWARDS** Defendants $679.36 for Mr. Rappuhn's travel to the July 24, 2025 deposition, as well as reasonable attorneys' fees incurred in preparing and filing the motion for sanctions. (Doc. no. 23.)

Accordingly, Defendants shall, within seven days of the date of this Order, submit a supporting brief calculating the proposed fee amount under the lodestar method, attaching related billing entries and providing requisite market information supporting the hourly rates. Plaintiff shall have seven days to respond with arguments or objections, and the Court will then determine a reasonable amount.

SO ORDERED this 28th day of October, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA